FILED

10/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0533

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-23-0533

RUSS'S BODY & PAINT, INC., a
Montana Corporation; NORTHWEST
ENTERPRISES OF MISSOULA,
LLC, a Montana Limited Liability
Company,

        Plaintiffs/Appellants

v.

MISSOULA URBAN
TRANSPORTATION DISTRICT, d/b/a
MOUNTAIN LINE; CITY OF
MISSOULA,

        Defendants/Appellees.

**ORDER**

Having reviewed the Parties' Motion to Dismiss by Stipulation under Mont.
R. App. P. 16(5),

IT IS ORDERED that the above-captioned matter is dismissed without
prejudice by stipulation of the parties. Each party shall bear its own costs and fees
of this appeal.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically Signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 27 2023